# United States Bankruptcy Court
## Northern District Of Illinois
## Western Division

Page 1

| In RE: | WILLIE J. DONALD<br>210 ELMHURST RD., APT. 111<br><br>CRYSTAL LAKE IL 60014 | Case Number<br>**17-81156  TML**<br>SS #:  xxx-xx-1763  xxx-xx- | 4/23/2018 |
|---|---|---|---|

**TRUSTEE'S NOTICE OF CLAIMS FILED**

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below. The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c). "NOT FILED" is shown in claim classification column if the creditor has not filed a claim. Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims.
Please note that Bankruptcy Code Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| | Creditor | Address | Date Filed | Amount Filed | Amt To Pay | Int Rate | Class | % to be Paid |
|---|---|---|---|---|---|---|---|---|
| 000-0 | DAVID M SIEGEL & ASSOCIATES<br>790 CHADDICK DRIVE | ATTORNEY DAVID M SIEGEL<br>WHEELING,IL 60090- | 03/29/2018 | 4,030.00 | 4,030.00<br>Paid Direct ( 30.00) | 0.00 | Legal | 100.00 |
| 003-0 | CITY OF CHICAGO  DEPT. OF FIN<br>111 W JACKSON STE 600 | % ARNOLD SCOTT HARRIS PC<br>CHICAGO,IL 60604- | 05/31/2017 | 5,298.00 | 529.80 | 0.00 | Unsecured | as funds available |
| 010-0 | ILLINOIS DEPARTMENT OF REVENUE<br>PO BOX 19035 | BANKRUPTCY UNIT<br>SPRINGFIELD,IL 62794-9035 | 10/12/2017 | 979.24 | 97.92 | 0.00 | Unsecured | as funds available |

This notice is provided solely to inform Debtor(s) and Counsel of the filing status of claims at the bar date.
IT IS THE REPONSIBILITY OF DEBTOR(S) and COUNSEL TO TAKE APPROPRIATE LEGAL ACTION.

A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall be retained in the Trustee's file in this case.

/s/ Lydia S. Meyer
-----------------------------------------
Standing Bankruptcy Trustee

This is to certify that a copy of this notice has been mailed to the debtor and a copy was served on the Debtor(s)' attorney via electronic notification which occurs automatically upon the filing of said Notice.

Dated at Rockford, IL on 4/26/18        By /s/ Heather Fagan