**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| WILLIE J. DONALD | ) | CASE NO. 17-81156 |
| | ) | |
| Debtor(s) | ) | |

### NOTICE OF THE MOTION

Debtor(s):  Debtor(s) Attorney
    WILLIE J. DONALD  DAVID M SIEGEL & ASSOCIATES
      ATTORNEY DAVID M SIEGEL
    210 ELMHURST RD., APT. 111  790 CHADDICK DRIVE
    CRYSTAL LAKE, IL   60014  WHEELING, IL   60090-

Please take notice that on August 15, 2019 at 8:40 a.m. I or my designee will appear before the Honorable Judge Thomas M. Lynch at U.S. Bankruptcy Court, Room 3100, Stanley J. Roszkowski U.S. Courthouse, 327 South Church Street, Rockford, Illinois 61101, and present the motion set forth below.

I, the undersigned being first duly sworn on oath, depose and state that I served a copy of this **MOTION TO DISMISS** upon attorney of record for the debtor via electronic notification that occurs automatically upon the filing of said Motion to Dismiss.   I further swear that I served a copy upon the Debtor(s) to their current address on file with the Trustee's office by mailing a true and correct copy in a properly addressed envelope, postage pre-paid at Rockford, IL   at or about the hour of 5:00 p.m. on July 22, 2019.


/s/Sarah Hillhouse_____


### MOTION TO DISMISS

Now comes Lydia S. Meyer, Trustee in the above-entitled case and moves the Court to dismiss this case in support thereof states:

1. The trustee's office has requested that the debtor(s) provide a complete copy of his/her/their most recent tax return.

2. As of today's date, the debtor(s) has/have failed to provide the same.

WHEREFORE, the trustee prays that this case be dismissed for debtor(s)' failure to provide complete copies of their requested tax return pursuant to 11 U.S.C. Section 521.

    Respectfully submitted,


    /s/Lydia S. Meyer_____
    LYDIA S. MEYER, Trustee


LYDIA S. MEYER, Trustee
308 West State Street, Suite 212
Post Office Box 14127
Rockford, IL 61105-4127
Telephone: 815/968-5354
Fax: 815/968-5368